SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Kevin M. Cairns, et al<br><br>    Defendants | Case No. **2:10-cv-02280-JAM-GGH**<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT and** *order*<br><br>Joint Status Conference Statement: November 19, 2010 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement for sixty (60) days. The joint status conference statement is currently due on November 19, 2010. Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on August 25, 2010; the 120 day time period for service would end on December 27, 2010. Defendants were served on September 19, 2010. Pursuant to

PDF created with pdfFactory trial version www.pdffactory.com

Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days after all Defendants are served. The joint status conference statement would be due November 19, 2010. The Defendants would like to have additional time to complete the joint status conference statement due to the fact that Defendants are in the process of completing the necessary repairs to the establishment. A continuance of the date for filing the joint status conference statement for sixty (60) days would give the Defendants time to complete the joint status conference statement and for Plaintiff and Defendants to engage in settlement discussions.

Dated:  November 18, 2010          /s/Scott N. Johnson  _____

                                   Scott N. Johnson,

                                   Attorney for Plaintiff


**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to January 21, 2011.

Date: 11/18/2010
                                   /s/ John A. Mendez_____
                                   United States District Court Judge

PLAINTIFF'S REQUEST FOR CONTINUANCE and *proposed order*

CIV: S-10-cv-02280-JAM-GGH - 2

PDF created with pdfFactory trial version www.pdffactory.com