IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

       Plaintiff,

  v.                         NO. CIV. S-10-2280 JAM GGH PS

KEVIN M. CAIRNS, et al.,

       Defendant.          <u>ORDER</u>

_____/

       The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: February 15, 2011

                                  /s/ Gregory G. Hollows
                               _____
                               GREGORY G. HOLLOWS
                               U.S. MAGISTRATE JUDGE

GGH/076/Johnson2280.rec.wpd