IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,

    Plaintiff,                    2:10-cv-02280-JAM-KJN-PS

  v.

Kevin M. Cairns, Individually and
d/b/a Dante's on the River;
Nancy C. Cairns, Individually and
d/b/a Dante's on the River,

    Defendants.               <u>ORDER</u>

        This case was referred to the undersigned on February 16, 2011.[1] (Dkt. Nos. 13-14.) Defendants Kevin and Nancy Cairns have consented to the jurisdiction of the magistrate judge for all purposes in this case. (Dkt. Nos. 6-7.) At the status conference on February 24, 2011, plaintiff Scott N. Johnson indicated that he would consent to the jurisdiction of the United States Magistrate Judge, and would soon file the requisite "Consent to / Decline of Jurisdiction of US Magistrate Judge" form. Based on plaintiff's representation, the Scheduling Order (Dkt.

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), and was referred to the undersigned by an order entered February 16, 2011. (Dkt. No. 13.)

1

No. 19) set the parties' final pretrial conference and the trial before the undersigned rather than the district judge. From review of the court's docket to date, despite plaintiff's verbal representation regarding his consent to the jurisdiction of the magistrate judge for all purposes, it appears that plaintiff has not yet filed his "Consent to / Decline of Jurisdiction of US Magistrate Judge" form.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff file his completed "Consent to / Decline of Jurisdiction of US Magistrate Judge" form by June 30, 2011. The form may be reprinted from the court's electronic docket at Docket Number 15-1, or, alternatively, can be obtained from the Clerk's Office.

IT IS SO ORDERED.

DATED: June 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2